UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

FORMER MSP DENNIS B. GRADY,

    Petitioner,

v.

STATE OF MICHIGAN, et al.

    Defendants.
    _____ /

Case No. 1:75-cv-472

Hon. Wendell A. Miles

## **ORDER**

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve Petitioner's First Motion to Enforce Judgment (Docket No. 87), and the Court having received no response;

NOW THEREFORE, the motion is denied without prejudice.

IT IS SO ORDERED.


Dated: September 7, 2007          /s/ Wendell A. Miles
                                                        Wendell A. Miles
                                                        Senior U.S. District Judge